Thomas A. Egan, Esq.
FLEMMING ZULACK WILLIAMSON ZAUDERER LLP
One Liberty Plaza
New York, New York 10006-1404
Telephone: (212) 412-9500
Facsimile: (212) 964-9200
E-mail: tegan@fzwz.com

David W. Steuber, Esq. (*pro hac vice* application pending)
Tyrone R. Childress, Esq. (*pro hac vice* application pending)
Donald R. Erlandson, Esq. (*pro hac vice* application pending)

HOWREY LLP
550 South Hope Street, Suite 1100
Los Angeles, California 90071
Telephone: (213) 892-1800
Facsimile: (213) 892-2300
E-mail: steuberd@howrey.com
E-mail: childresst@howrey.com
E-mail: erlandsond@howrey.com

Attorneys for Respondent 7 World Trade Company, L.P.
(sued in its own name and incorrectly sued under the name of
the nonexistent "7 World Trade Center, L.P.")

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
                                        :

INDUSTRIAL RISK INSURERS,            :    10 CIV 3036 (AKH)

             Petitioner,        :

        --against--        :    **MOTION TO ADMIT**

                         :    **COUNSEL *PRO HAC VICE***

7 WORLD TRADE CENTER, L.P.,     :
7 WORLD TRADE COMPANY, L.P.   :

           Respondents.     :

-------------------------------------------------------------------X

      PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for

the Southern and Eastern Districts of New York, I, Thomas A. Egan, Esq., a member in good

standing of the Bar of this Court and an attorney with the firm of Flemming Zulack Williamson

Zauderer LLP, counsel for Respondent herein, hereby moves for an Order allowing the

admission *pro hac vice* of:

> David W. Steuber, Esq.
> Howrey LLP
> 550 South Hope Street, Suite 1100
> Los Angeles, CA 90071
> Telephone (213) 892-1800
> Facsimile: (213) 892-2300
> E-mail: steuberd@howrey.com

David W. Steuber is a member in good standing of the Bar of the State of California and is also

admitted to practice before the United States Supreme Court, the United States Courts of

Appeals for the Second, Fourth, and Ninth Circuits, the United States District Courts for the

Central, Southern, Northern, and Eastern Districts of California, and the United States District

Court for the District of Arizona.

There are no pending disciplinary proceedings against David W. Steuber in any State or

Federal court.

Dated: New York, New York
    January 11, 2011

Respectfully submitted,

Thomas A. Egan, Esq.
FLEMMING ZULACK WILLIAMSON ZAUDERER LLP
One Liberty Plaza, 35th Floor
New York, New York 10006-1404
Telephone: (212) 412-9500
Facsimile: (212) 964-9200
E-mail: tegan@fzwz.com

Thomas A. Egan, Esq.
FLEMMING ZULACK WILLIAMSON ZAUDERER LLP
One Liberty Plaza
New York, New York 10006-1404
Telephone: (212) 412-9500
Facsimile: (212) 964-9200
E-mail: tegan@fzwz.com

David W. Steuber, Esq. (*pro hac vice* application pending)
Tyrone R. Childress, Esq. (*pro hac vice* application pending)
Donald R. Erlandson, Esq. (*pro hac vice* application pending)
HOWREY LLP
550 South Hope Street, Suite 1100
Los Angeles, California 90071
Telephone: (213) 892-1800
Facsimile: (213) 892-2300
E-mail: steuberd@howrey.com
E-mail: childresst@howrey.com
E-mail: erlandsond@howrey.com

Attorneys for Respondent 7 World Trade Company, L.P.
(sued in its own name and incorrectly sued under the name of
the nonexistent "7 World Trade Center, L.P.")

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
                                              :
INDUSTRIAL RISK INSURERS,                     :   10 CIV 3036 (AKH)
                                              :
                    Petitioner,               :
                                              :
         --against--                          :   **AFFIDAVIT OF THOMAS**
                                              :   **A. EGAN IN SUPPORT**
                                              :   **OF MOTION TO ADMIT**
7 WORLD TRADE CENTER, L.P.,                    :   **COUNSEL _PRO HAC VICE_**
7 WORLD TRADE COMPANY, L.P.                    :
                                              :
                    Respondents.              :
                                              :
-------------------------------------------------------------------X

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

        THOMAS A. EGAN, ESQ., being duly sworn, hereby deposes and says as follows:

1.      I am Of Counsel to the firm of Flemming Zulack Williamson Zauderer LLP, counsel for Respondent 7 World Trade Company, L.P. ("Respondent") in the above-captioned action.  I am familiar with the proceedings in this case.  I make this statement based on my personal knowledge of the facts set forth herein and in support of Respondent's motion to admit David W. Steuber as counsel *pro hac vice* to represent Respondent in this matter.

2.      I am a member in good standing of the Bar of the State of New York, and was admitted to practice law in 1985.  I am also admitted to the Bar of the United States District Court for the Southern District of New York and am in good standing with this Court.

3.      Mr. Steuber is a Partner at Howrey LLP, in Los Angeles, California.  Mr. Steuber is a member in good standing of the Bar of the State of California.  A Certificate of Good Standing issued by the Supreme Court of the State of California with regard to Mr. Steuber  is attached hereto as Exhibit A.

4.      Mr. Steuber is a skilled attorney and a person of integrity.  He is experienced in federal practice and is familiar with the Federal Rules of Procedure.

5.      Accordingly, I am pleased to move the admission of David W. Steuber, *pro hac vice*.

6.      I respectfully submit a proposed order granting the admission of David W. Steuber, *pro hac vice*, which is attached hereto as Exhibit B.

2

WHEREFORE it is respectfully requested that the motion to admit David W. Steuber,

*pro hac vice*, to represent Respondents in the above-captioned matter, be granted.

THOMAS A. EGAN

Sworn to before me this
11th day of January, 2011

Notary Public

BEVERLY R. NACHIMSON
Notary Public, State of New York
No. 01NA6153052
Qualified in New York County
Commission Expires September 25, 20 14



# Supreme Court of California

FREDERICK K. OHLRICH

*Clerk of the Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### *David William Steuber*

*I,* FREDERICK K. OHLRICH, *Clerk of the Supreme Court of the State of California, do hereby certify that David William Steuber was on the 20th day of December, 1973 duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court*
*on the 20th day of December, 2010*

FREDERICK K. OHLRICH

*Clerk of the Supreme Court*

By: _____

*Deputy Clerk*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
                                              :
INDUSTRIAL RISK INSURERS,                     :   10 CIV 3036 (AKH)
                                              :
              Petitioner,                     :
                                              :
         --against--                          :   **ORDER FOR ADMISSION**
                                              :   ***PRO HAC VICE* ON**
7 WORLD TRADE CENTER, L.P.,                    :   <u>**WRITTEN MOTION**</u>
7 WORLD TRADE COMPANY, L.P.                    :
                                              :
              Respondents.                    :
                                              :
-------------------------------------------------------------------X

Upon the motion of Thomas A. Egan, Esq., attorney for Respondent 7 World Trade

Company, L.P. (sued in its own name and incorrectly sued under the name of

the nonexistent "7 World Trade Center, L.P.") and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

> David W. Steuber, Esq.
> HOWREY LLP
> 550 South Hope Street, Suite 1100
> Los Angeles, California 90071
> Telephone: (213) 892-1800
> Facsimile: (213) 892-2300
> E-mail: steuberd@howrey.com

is admitted to practice *pro hac vice* as counsel for 7 World Trade Company, L.P. in the above-

captioned case in the United States District Court for the Southern District of New York.  All

attorneys appearing before this Court are subject to the Local Rules of this Court, including the

Rules governing discipline of attorneys.

Dated: New York, New York
       January __, 2011

_____
United States District Judge

## CERTIFICATE OF SERVICE

THOMAS A. EGAN, ESQ., an attorney admitted to the Bar of this Court, hereby certifies that, on January 11, 2011, I caused the within Motion to Admit Counsel *Pro Hac Vice* to be served on Mary Kay Vysokocil, Esq., counsel for Petitioner, by having a true copy of same placed in an envelope bearing appropriate first-class postage and addressed to Ms. Vyskocil at her office, Simpson Thacther & Bartlett LLP, 425 Lexington Avenue, New York, New York 10017, and delivered to a receptacle in the exclusive care and custody of the Untied States Postal Service. An electronic courtesy copy of same was also delivered to Ms. Vyskocil via e-mail directed to her e-mail address [mvyskocil@stblaw.com].

Dated: January 11, 2011
        New York, New York

_____
THOMAS A. EGAN