DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/24/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

INDUSTRIAL RISK INSURERS,  :  10 CIV 3036 (AKH)

Petitioner,

--against--  :  **ORDER FOR ADMISSION**
              *PRO HAC VICE* **ON**
7 WORLD TRADE CENTER, L.P.,  :  **WRITTEN MOTION**
7 WORLD TRADE COMPANY, L.P.

Respondents.

------------------------------------------------------------X

Upon the motion of Thomas A. Egan, Esq., attorney for Respondent 7 World Trade Company, L.P. (sued in its own name and incorrectly sued under the name of the nonexistent "7 World Trade Center, L.P.") and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

> Donald R. Erlandson, Esq.
> HOWREY LLP
> 550 South Hope Street, Suite 1100
> Los Angeles, California 90071
> Telephone: (213) 892-1800
> Facsimile: (213) 892-2300
> Email: erlandsond@howrey.com

is admitted to practice *pro hac vice* as counsel for 7 World Trade Company, L.P. in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: New York, New York
       January 24, 2011

_____
United States District Judge